# Court of Appeals
# of the State of Georgia

ATLANTA, March 02, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1184. TYLER CHRISTIAN SCHUNK v. MAKAYLA BROOKE TONEY.**

Tyler Christian Schunk, the biological father of P. C. S., filed the underlying action against the child's biological mother, Makayla Brooke Toney, seeking to legitimate P. C. S. The trial court denied Schunk's petition, and he filed this direct appeal. Toney has moved to dismiss the appeal, arguing that this Court lacks jurisdiction. We agree.

A legitimation action is a domestic relations case, and appeals in domestic relations cases must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35(a)(2), (b); *Numanovic v. Jones*, 321 Ga. App. 763, 764 (743 SE2d 450) (2013). Compliance with the discretionary appeals procedure is jurisdictional. *Hair Restoration Specialists v. State of Georgia*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021). Thus, "[f]ailure to file an application when one is necessary requires that the appeal be dismissed." *Evans v. Jackson*, 368 Ga. App. 170, 173(1) (889 SE2d 343) (2023) (citation and punctuation omitted).

Given our lack of jurisdiction, Toney's motion to dismiss is GRANTED and this appeal is DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 03/02/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*